[No. 35509-1-I.   Division One.   November 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v.
CHARLOTTE DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-07837-1, Jo Anne Alumbaugh, J., entered October 1, 1994. *Affirmed* by unpublished per curiam opinion.


[No. 35621-6-I.   Division One.   November 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. D.M.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-03205-6, Robert S. Lasnik, J., entered October 19, 1994. *Affirmed in part* and *remanded* by unpublished per curiam opinion.


[No. 35730-1-I.   Division One.   November 13, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
LEONARD VAN BUREN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-01181-7, Thomas J. Wynne, J., entered December 9, 1994. *Affirmed in part, reversed in part* and *remanded* by unpublished per curiam opinion.


[No. 13729-5-III.   Division Three.   November 14, 1995.]

DON LOVELAND, *Respondent*, v. THE STATE OF
WASHINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-2-01766-0, Robert N. Hackett, Jr., J., entered December 8, 1993. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.